AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
U.S. MARSHAL
15 MAY 18 AM 8:28
MIDDLE DIST. OF FLORIDA
TAMPA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID GORDON | ) | Case No. 8:15MJ1310 TBM |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DAVID GORDON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute a controlled substance; and possession with intent to distribute a controlled substance.
In violation of Title 21, United States Code, Section 846 and 841.

Date: 5-18-15

City and state: Tampa, FL

*Issuing officer's signature*

THOMAS B. McCOUN III, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/18/2015, and the person was arrested on *(date)* 5/17/2015
at *(city and state)* Lakeland, FL.

Date: 5/18/2015

*Arresting officer's signature*

Morris Moody, Special Agent
*Printed name and title*