## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:15-MJ-1310TBM

DAVID GORDON

_____/

### THIRD PARTY CUSTODIAN ORDER

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby **ORDERED** that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

(NAME) _____ Carol Gordon _____

(ADDRESS) 10801 Foxglen Dr., Boca Raton, FL 33428

(TELEPHONE NUMBER) 954-309-2361

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

### Acknowledgment by Defendant

I, __DAVID GORDON____, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

_____          5820 N·W 17 Pl.
Signature of Defendant                                        Address

954 309-2361                                                   SUNRISE FL. 33313
Telephone Number                                           City, State, Zip

**RELEASE ORDERED:**

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2015